BRIAN C. GUDMUNDSON (*Pro Hac Vice*)
brian.gudmundson@zimmreed.com
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0400

*Attorneys For Plaintiff and Putative Class*

KEVIN D. RISING (SBN 211663)
kevin.rising@btlaw.com
GARRETT S. LLEWELLYN (SBN 267427)
garrett.llewellyn@btlaw.com
AMY C. POYER (SBN 277315)
amy.poyer@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

*Attorneys for Defendant*
ONE SOURCE TO MARKET, LLC dba
HEXCLAD COOKWARE, INC.
(additional attorneys listed on signature page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHUSCHBU DIDWANIA, PRATIKKUMAR PATEL, and BENJAMIN ADAMS,<br><br>Plaintiffs,<br>v.<br><br>ONE SOURCE TO MARKET, LLC, d/b/a HEXCLAD COOKWARE, INC.<br><br>Defendant. | Case No. 2:23-cv-05110-JFW-JPR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1  **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the undersigned parties, that the above-captioned action against the Defendant is hereby dismissed without prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and respective attorneys' fees.

Respectfully submitted,

Dated: December 22, 2023

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (*Pro Hac Vice*)
 brian.gudmundson@zimmreed.com
Rachel K. Tack (*Pro Hac Vice*)
 rachel.tack@zimmreed.com
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400

Caleb Marker (SBN 269721)
 caleb.marker@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA  90048
Telephone: (877) 500-8780

Ryan J. Ellersick (*Pro Hac Vice*)
 ryan.ellersick@zimmreed.com
**ZIMMERMAN REED LLP**
14648 North Scottsdale Road, Suite 130
Scottsdale, AZ  85254
Telephone: (800) 493-2827

Christopher D. Jennings (*Pro Hac Vice*)
 chris@yourattorney.com
Tyler B. Ewigleben (*Pro Hac Vice*)
 tyler@yourattorney.com
**JOHNSON FIRM**
610 President Clinton Avenue, Suite 300
Little Rock, AR  72201
Telephone: (501) 372-1300

***Attorneys for Plaintiff***

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: December 22, 2023 | */s/ Kevin D. Rising* |
| | Kevin D. Rising (SBN 211663) |
| | kevin.rising@btlaw.com |
| | Garrett S. Llewellyn (SBN 267427) |
| | garrett.llewellyn@btlaw.com |
| | Amy C. Poyer (SBN 277315) |
| | amy.poyer@btlaw.com |
| | **BARNES & THORNBURG LLP** |
| | 2029 Century Park East, Suite 300 |
| | Los Angeles, California 90067 |
| | Telephone: (310) 284-3880 |
| | |
| | Josh Rievman (*Pro Hac Vice*) |
| | jrievman@drmlaw.com |
| | **DUNNING RIEVMAN & MACDONALD LLP** |
| | 1350 Broadway, Suite 2220 |
| | New York, New York 10018 |
| | Telephone: (646) 688-2765 |
| | |
| | *Attorneys for Defendant* |
| | **ONE SOURCE TO MARKET, LLC dba HEXCLAD COOKWARE, INC.** |

## ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(2)(i), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all the signatories above.

| | |
|---|---|
| Dated: December 22, 2023 | */s/ Brian C. Gudmundson* |
| | Brian C. Gudmundson |