Name and address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHUSCHBU DIDWANIA, et al. | **CASE NUMBER** |
| | 2:23-cv-05110-JFW-JPR  x |
| Plaintiff(s) | |
| v. | |
| ONE SOURCE TO MARKET, d/b/a HEXCLAD COOKWARE, INC. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Edmondson, Laura N.                          of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(501) 372-1300          (888) 505-0909

*Telephone Number*          *Fax Number*

ledmondson@yourattorney.com

*E-Mail Address*

Johnson Firm
610 President Clinton Avenue, Suite 300
Little Rock, AR  72201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Khuschbu Didwania, Pratikkumar Patel, and Benjamin Adams

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Marker, Caleb                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

269721          (877) 500-8780          (877) 500-8781

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

caleb.marker@zimmreed.com

*E-Mail Address*

Zimmerman Reed LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA  90048

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

       ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

       ☐ for failure to complete Application: _____

       ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

       ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

       ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated    1/4/24 _____

_____
**U.S. District Judge/U.S. Magistrate Judge**